No. 04-15-00225-CR

IN THE
FOURTH COURT OF APPEALS
OF TEXAS
AT SAN ANTONIO, TEXAS

~~ARTURO ROSALES~~ aka
~~ARTEMIO ROSALES-AYALA~~,
Appellant

v.

THE STATE OF TEXAS,
Appellee

APPELLANT'S MOTION FOR PRO SE
ACCESS TO THE APPELLATE RECORD

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant in the above styled and numbered cause and files this Motion for Pro Se Access to the Appellate Record.

I.

Appellant's appointed counsel has filed a motion to withdraw and brief in support of the motion, pursuant to *Anders v. California*, 386 U.S. 738 (1967). The undersigned Appellant wishes to exercise his right to review the appellate record in preparing his *pro se* response to the *Anders* brief that court-appointed counsel has filed. The undersigned Appellant now moves this Court to provide him with free, *pro se* access to the appellate record, including the clerk's record and reporter's record. *See Kelly v. State*, 436 S.W.3d 313, 318-19 (Tex. Crim. App. 2014).

## II.

The undersigned Appellant is presently incarcerated and lacks access to a computer. For that reason, he respectfully requests that a paper copy of the appellate record be provided to him. He also asks for a 30-day extension of time to file his *pro se* brief.

## III.

This motion is addressed to the Honorable Clerk, Fourth Court of Appeals, Cadena-Reeves Justice Center, 300 Dolorosa St., Suite 3200, San Antonio, Texas 78205. This motion is delivered to the Fourth Court of Appeals by U.S. Mail, on this the _9_ day of _16_ , 2015.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully prays that the Court grant this Motion for Pro Se Access to the Appellate Record.

*FEDERL. 28 U.S.C / 1746*

*STATE. T.R.A.P/ 131, 001*
*/ 131, 003*

Respectfully submitted,

*SE/F NOTARY STATUTES //*

_FELIPE JIMENEZ_

~~Artemio Rosales-Ayala~~
~~SID# 651718~~ /028 335 L
Bexar County Adult Detention Center
200 N. Comal
San Antonio, TX 78207

APPELLANT *PRO SE*